IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA GREAT
FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS VINCENT DALE,<br><br>Defendant. | CR-25-01-GF-BMM<br><br>AMENDED RELEASE ORDER |

Defendant, Ross Vincent Dale, (Dale) having appeared before the Court on August 14, 2025 for the purpose of a detention hearing,  Based upon the agreement of the parties,

IT IS ORDERED that Dale shall be released from the Cascade County Detention Center on Friday, August 15, 2025 at 9:00 a.m. in order to participate in in-patient treatment at Rimrock in Billings, Montana.

IT IS FURTHER ORDERED that upon completion of in-patient treatment, Dale shall return to the custody of the Cascade County Detention Center.

DATED this 15th day of August, 2025.

_____
John Johnston
United States Magistrate Judge